UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN BRYANT, *et al.*,

                      Plaintiffs,

-v-

THE CITY OF NEW YORK, *et al.*,

                      Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/10
```

No. 10 Civ. 1570 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT the initial/pre-motion conference scheduled for June 4, 2010 is hereby adjourned until June 11, 2010 at 9:15 a.m. The parties shall comply with all other outstanding deadlines.

SO ORDERED.

DATED:    May 3, 2010
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE